FILED

01/07/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0514

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0514

IN THE MATTER OF:

A.Z.G.,

    A Youth Under the Age of Eighteen.

## ORDER

    Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

    IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including January 31, 2025, within which to prepare, file, and serve its response brief.

**RB**

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 7 2025